# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  MEANS, TERRY R. | 2. Court or Organization  UNITED STATES DISTRICT COURT | 3. Date of Report  05/13/2011 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2010 to 12/31/2010 |
|---|---|---|

| 7. Chambers or Office Address  201 ELDON B. MAHON U.S. COURTHOUSE  501 WEST 10TH STREET  FORT WORTH, TEXAS 76102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Substitute Trustee | Testamentary trust |
| 2. Trustee | Testamentary trust |
| 3. President, director | Lewis Means, Inc. ▧▧▧▧-owned, closely held corporation) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Means, Terry R.**

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Means & Means, PC, d/b/a ▓▓▓▓ Means, attorney at law |
| 2. | 2010 | Lewis Means, Inc.--salary |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Ed. Financial Service | College Loan | K |
| 2. | Sallie Mae | College Loan | K |
| 3. | Sallie Mae | College Loan | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Corsicana National Bank, Corsicana, Texas (accounts) | A | Interest | J | T | | | | | |
| 2. | First Fin. Bank, Weatherford, Texas (accounts) (X) | A | Interest | K | T | | | | | |
| 3. | 1/2 interest in apt bldg (1985)($250,000) Corsicana, TX (#2) | A | Rent | L | R | | | | | |
| 4. | IRA #1 (#3) | | | | | | | | | |
| 5. | ---Prime Fund--Capital Res. class (money market) | A | Interest | K | T | | | | | |
| 6. | ING Employer's 401(k) Plan (#12) | | | | | | | | | |
| 7. | ---ING Int'l SmCp Multi-Mgr-A (#13) | A | Interest | J | T | | | | | |
| 8. | Corsicana Bankshares common stock (#14) | B | Dividend | J | T | | | | | |
| 9. | Testamentary trust ▓▓▓▓ (#15) | | | | | | | | | |
| 10. | ---Lewis Means, Inc., common stock (#16) | E | Dividend | L | W | | | | | |
| 11. | Testamentary trust ▓▓▓▓▓▓ ▓▓ (#17) | | | | | | | | | |
| 12. | ---Min'l rights, parcel 1, Lea Co., NM (1992 appr.) (#18) | | None | J | Q | | | | | |
| 13. | ---Min'l rights, parcel 2, Lea Co., NM (1992 appr.) (19) | | None | J | Q | | | | | |
| 14. | Lewis Means Inc. (#20) | | | | | | | | | |
| 15. | ---First Fin. Bank, Weatherford, TX (#22) | A | Interest | J | T | | | | | |
| 16. | Northwestern Mutual "Whole Life" (#23) | B | Dividend | J | T | | | | | |
| 17. | Northwestern Mutual "65 Life" (#24) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000.000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Penn Mutual "Whole Life" (#25) | A | Dividend | J | T | | | | | |
| 19. PrimeVest Fin. Serv., St. Cloud, MN (#27) | A | Interest | | | Sold | 06/01/10 | K | A | |
| 20. Surf/Min, Freestone: Parcel 1 ($45,700) (#29) | | None | K | S | | | | | |
| 21. Royalty, Freestone: Parcel 2 ($1980) (#30) | C | Royalty | J | S | | | | | |
| 22. Royalty, Freestone: Parcel 3 ($1160) (X) | A | Royalty | J | S | | | | | |
| 23. Real est, Navarro: Parcel 1, 6 tracts ($457,560) (#33) | | None | N | S | | | | | |
| 24. Royalty, Navarro: Parcel 2 ($2320) (X) | A | Royalty | J | S | | | | | |
| 25. Royalty, Pecos: Parcel 1 (agg. $2130) (#34) | A | Royalty | J | S | | | | | |
| 26. Royalty, Pecos: Parcel 2 ($4330) (#35) | A | Royalty | J | S | | | | | |
| 27. Royalty, Pecos: Parcel 3 ($4290) (#36) | A | Royalty | J | S | | | | | |
| 28. Royalty, Reeves: Parcel 1 ($2380) (X) | A | Royalty | J | S | | | | | |
| 29. Royalty, Upton: Parcel 1 (agg. $1235) (#37) | A | Royalty | J | S | | | | | |
| 30. Royalty, Ward: Parcel 1 (agg. $1310) (#38) | A | Royalty | J | S | | | | | |
| 31. Royalty, Ward: Parcel 2 (agg. $15,690) (#39) | A | Royalty | K | S | | | | | |
| 32. Royalty, Wood: Parcel 1 ($3220) (#40) | A | Royalty | J | S | | | | | |
| 33. Royalty, Wood: Parcel 2 ($9540) (#41) | A | Royalty | J | S | | | | | |
| 34. Royalty, Wood: Parcel 3 ($5300) (#42) | A | Royalty | J | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royalty, Wood: Parcel 4 ($2130) (#43) | A | Royalty | J | S | | | | | |
| 36. Royalty, Wood: Parcel 5 ($6370) (#44) | B | Royalty | J | S | | | | | |
| 37. Royalty, Zapata: Parcel 1 ($15,040) (#45) | C | Royalty | K | S | | | | | |
| 38. Royalty, Zapata: Parcel 2 ($2500) (#46) | A | Royalty | J | S | | | | | |
| 39. Royalty, Zapata: Parcel 3 (agg. $3390) (#47) | A | Royalty | J | S | | | | | |
| 40. Royalty, Zapata: Parcel 4 (agg. $53,420) (#43) | D | Royalty | L | S | | | | | |
| 41. Royalty, Zapata: Parcel 5 (agg. $11,260) (#49) | B | Royalty | J | S | | | | | |
| 42. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Generally in Part VII: The term "agg" denotes an aggregate amount. This is made necessary by the county records containing listings for separate fractional ownership interests in the same royalty because those interests were acquired at different times.

Lines 3 through 41 of Part VII: Most have a number sign and a number in parentheses (e.g., (#37)) that indicate on what line this entry may be found in the report for calendar year 2009.

Lines 20 through 41 of Part VII: Each listed property interest is in the State of Texas and in the county named immediately following the identification of the property interest.

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 05/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ TERRY R. MEANS

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544